

**Service of Process Transmittal**
01/25/2021
CT Log Number 538937940

**TO:** Angelica Griego
Ross Stores, Inc.
5130 Hacienda Dr
Dublin, CA 94568-7635

**RE:** **Process Served in Florida**

**FOR:** Ross Dress for Less, Inc.  (Domestic State: VA)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | MARIA VARGAS, ETC., PLTF. vs. ROSS DRESS FOR LESS, INC., ETC., DFT. |
| **DOCUMENT(S) SERVED:** | - |
| **COURT/AGENCY:** | None Specified<br>Case # CACE21001463 |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, Plantation, FL |
| **DATE AND HOUR OF SERVICE:** | By Process Server on 01/25/2021 at 03:36 |
| **JURISDICTION SERVED :** | Florida |
| **APPEARANCE OR ANSWER DUE:** | None Specified |
| **ATTORNEY(S) / SENDER(S):** | None Specified |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 01/25/2021, Expected Purge Date: 01/30/2021 |
| | Image SOP |
| | Email Notification,  Angelica Griego  angelica.griego@ros.com |
| | Email Notification,  Daphne Broadnax  Daphne.Broadnax@ros.com |
| | Email Notification,  Taiala Puamau  taiala.puamau@ros.com |
| | Email Notification,  Sarah Fernandez  Sarah.Fernandez@ros.com |
| | Email Notification,  Mary Cheng  mary.cheng@ros.com |
| | Email Notification,  Annette Wynter  annette.wynter@ros.com |
| | Email Notification,  Morgan Davis  Morgan.Davis@ros.com |
| | Email Notification,  Pamela Hyrn  pamela.hyrn@ros.com |
| **REGISTERED AGENT ADDRESS:** | C T Corporation System<br>1200 South Pine Island Road<br>Plantation, FL 33324<br>866-665-5799<br>SouthTeam2@wolterskluwer.com |



# Service of Process Transmittal
01/25/2021
CT Log Number 538937940

**TO:** Angelica Griego
Ross Stores, Inc.
5130 Hacienda Dr
Dublin, CA 94568-7635

**RE:** **Process Served in Florida**

**FOR:** Ross Dress for Less, Inc.  (Domestic State: VA)

The information contained in this Transmittal is provided by CT for quick reference only. It does not constitute a legal opinion, and should not otherwise be relied on, as to the nature of action, the amount of damages, the answer date, or any other information contained in the included documents. The recipient(s) of this form is responsible for reviewing and interpreting the included documents and taking appropriate action, including consulting with its legal and other advisors as necessary. CT disclaims all liability for the information contained in this form, including for any omissions or inaccuracies that may be contained therein.



# PROCESS SERVER DELIVERY DETAILS

**Date:** Mon, Jan 25, 2021

**Server Name:** Anjelica Fiol

| Entity Served | ROSS DRESS FOR LESS INC. |
|---|---|
| Agent Name | C T CORPORATION SYSTEM |
| Case Number | CACE21-1463 (21) |
| Jurisdiction | FL |



Case Number: CACE-21-001463 Division: 21
Filing # 120049542 E-Filed 01/22/2021 09:22:32 AM

# IN THE CIRCUIT COURT OF THE 17TH JUDICIAL CIRCUIT
# IN AND FOR BROWARD COUNTY, FLORIDA

MARIA VARGAS, an individual,

    Plaintiff,

vs.

ROSS DRESS FOR LESS, INC., a
Foreign Profit Corporation,

    Defendant.   /

CASE NO.:

DATE 1/25/21  TIME 2:40
INITIALS AK  ID# 0

## SUMMONS

THE STATE OF FLORIDA

To Each Sheriff of Said State:

    YOU ARE HEREBY COMMANDED to serve this Summons and a copy of the Complaint or Petition in this action on Defendant: **ROSS DRESS FOR LESS, INC.,**

By Serving:    CT Corporation System
    1200 South Pine Island Road
    Plantation, Fl. 33324

Each Defendant is required to serve written defenses to the Complaint or Petition on:

Michael Cecere, Esquire
CECERE SANTANA, P.A.
Florida Bar No. 0232970
8211 West Broward Boulevard, Ste. 460
Plantation, FL 33324
(954) 653-9969
mcecere@csclawpa.com; jneira@csclawpa.com

Plaintiff's attorney, within 20 days after service of this Summons on that Defendant, exclusive of the day of service, and to file the original of the defenses with the Clerk of this Court either before service on Plaintiff's attorney or immediately thereafter. If a Defendant fails to do so, a default will be entered against that Defendant for the relief demanded in the Complaint or Petition.

DATED ON    JAN 22 2021   

CLERK OF THE COURT:

BY: _____
    As Deputy Clerk
    BRENDA D. FORMAN

45646

*** FILED: BROWARD COUNTY, FL BRENDA D. FORMAN, CLERK 01/22/2021 09:22:29 AM.****

Case Number: CACE-21-001469 Division: 21
Filing # 120049542 E-Filed 01/22/2021 09:22:32 AM

IN THE CIRCUIT COURT OF THE 17TH JUDICIAL CIRCUIT
IN AND FOR BROWARD COUNTY, FLORIDA

MARIA VARGAS, an individual,              CASE NO.:

    Plaintiff,

vs.

ROSS DRESS FOR LESS, INC., a
Foreign Profit Corporation,

    Defendant.         /

## COMPLAINT

COMES NOW, Plaintiff, MARIA VARGAS, an individual (hereinafter "Plaintiff"), sues Defendant, ROSS DRESS FOR LESS, INC. (hereinafter "Defendant"), and alleges as follows:

1. This is an action for damages that exceed the sum of Thirty Thousand ($30,000.00) Dollars, exclusive of interest and costs.

2. Plaintiff MARIA VARGAS is an individual, *sui juris*, who at all times material resided in Broward County, Florida.

3. At all times material, Defendant ROSS DRESS FOR LESS, INC., is licensed and authorized to do business within the county of Broward, state of Florida, and operated, conducted, engaged in, or carried on a business venture within the state, located a store at 11150 Pines Boulevard, Pembroke Pines, Broward County, Florida.

4. All conditions precedent to instituting this complaint have been met.

5. On or about December 15, 2017, Plaintiff MARIA VARGAS was shopping at the premises of the Defendant at 11530 Pines Boulevard, Pembroke Pines, Broward County, Florida.

6. At that time and place, Plaintiff, MARIA VARGAS was walking at or near the section of the store where the picture frames were on display.

7. Suddenly and without warning, Plaintiff MARIA VARGAS was struck by two large picture frames that fell off the top shelf.

8. As a result thereof, Plaintiff MARIA VARGAS's sustained personal injuries.

9. Defendant owned, operated, maintained, and/or controlled the location where Plaintiff was injured.

10. Defendant, by and through its agents and/or employees, owed a non-delegable duty to persons, such as Plaintiff to:

   a. Use reasonable care in maintaining their premises in a safe condition;

   b. Use reasonable care in installing and placing picture frames so they do not fall and strike customers;

   c. Warn of the existence of dangerous conditions in the store which they had or should have had greater knowledge than that of Plaintiff;

   d. Protect Plaintiff from foreseeable risks of harm;

   e. Make reasonable inspections of the area which would have revealed a dangerous condition, i.e., improperly installed/placed picture frames; and

   f. Maintain proper procedures for inspection and maintenance of the area where plaintiff was injured;

11. Defendant, by and through its agents and/or employees, breached their non-delegable duty to persons, such as Plaintiff, by:

   a. Failing to use reasonable care in maintaining their premises in a safe

condition;

    b.    Failing to use reasonable care in installing and placing picture frames so they do not become dislodged and strike customers;

    c.    Failing to warn of the existence of dangerous conditions in the store which they had or should have had greater knowledge than that of Plaintiff;

    d.    Failing to protect Plaintiff from foreseeable risks of harm;

    e.    Failing to make reasonable inspections of the area which would have revealed a dangerous condition, i.e., improperly installed/displayed picture frames; and

    f.    Failing to maintain proper procedures for inspection and maintenance of the area where plaintiff was injured;

12.    As a result of the actions or inactions of the Defendant, its agents and/or employees, Plaintiff MARIA VARGAS suffered bodily injuries, and resulting pain and suffering, disability, disfigurement, loss of capacity for the enjoyment of life, inconvenience, medical and nursing care and treatment, physical handicap, rehabilitation expense, loss of insurability, loss of fringe benefits, aggravation of a pre-existing condition, loss of wages and the injuries and losses are permanent or non-permanent, and Plaintiff will continue to suffer the losses and impairment in the future.

**WHEREFORE**, Plaintiff, MARIA VARGAS, demands judgment for damages against Defendant ROSS DRESS FOR LESS, INC., plus costs.

## TRIAL BY JURY

Plaintiff demands trial by jury on all issues so triable as of right.

**CECERE SANTANA, P.A.**
*Counsel for Plaintiff(s)*
8211 W. Broward Blvd., Suite 460
Plantation, FL 33324
Telephone:     (954) 653-9969
Facsimile:      (954) 653-9979
mcecere@csclawpa.com
jneira@csclawpa.com

By: */s/ Michael Cecere*
    Michael Cecere, Esq.
    FL Bar No.:    0232970

96978-7

IN THE CIRCUIT COURT OF THE 17TH JUDICIAL CIRCUIT
IN AND FOR BROWARD COUNTY, FLORIDA

| | |
|---|---|
| MARIA VARGAS, an individual, | CIRCUIT CIVIL DIVISION |
| Plaintiff | CASE NO. CACE-21-001463 (21) |
| vs. | |
| ROSS DRESS FOR LESS, INC., a Foreign Profit Corporation | |
| Defendant _____/ | |

## NOTICE OF APPEARANCE

PLEASE take notice that Jason A. Glusman, Esquire of the law firm of WICKER SMITH O'HARA MCCOY & FORD, P.A., enters an appearance in the above-styled case on behalf of ROSS DRESS FOR LESS, INC.

WE HEREBY CERTIFY that a copy hereof has been electronically served via Florida ePortal to: Michael Cecere, Esquire, mcecere@csclawpa.com; jneira@csclawpa.com; on this 29th day of January, 2021.

/s/ *Jason A. Glusman*
Jason A. Glusman, Esquire
Florida Bar No. 0419400
WICKER SMITH O'HARA MCCOY & FORD, P.A.
Attorneys for Ross Dress for Less, Inc.
515 E. Las Olas Boulevard
SunTrust Center, Suite 1400
Ft. Lauderdale, FL 33301
Phone: (954) 847-4800
Fax: (954) 760-9353
ftlcrtpleadings@wickersmith.com

Filing # 120049542 E-Filed 01/22/2021 09:22:32 AM

Case Number: CACE-21-001403 Division: 21

FORM 1.997.   CIVIL COVER SHEET

The civil cover sheet and the information contained in it neither replace nor supplement the filing and service of pleadings or other documents as required by law. This form must be filed by the plaintiff or petitioner with the Clerk of Court for the purpose of reporting uniform data pursuant to section 25.075, Florida Statutes. (See instructions for completion.)

I.   CASE STYLE

IN THE CIRCUIT COURT OF THE <u>SEVENTEENTH</u>   JUDICIAL CIRCUIT,
IN AND FOR <u>BROWARD</u>   COUNTY, FLORIDA

<u>MARIA VARGAS</u>
Plaintiff

Case # _____
Judge _____

vs.
<u>ROSS DRESS FOR LESS INC</u>
Defendant

II.   AMOUNT OF CLAIM

Please indicate the estimated amount of the claim, rounded to the nearest dollar. The estimated amount of the claim is requested for data collection and clerical processing purposes only. The amount of the claim shall not be used for any other purpose.

- ☐ $8,000 or less
- ☐ $8,001 - $30,000
- ☐ $30,001- $50,000
- ☒ $50,001- $75,000
- ☐ $75,001 - $100,000
- ☐ over $100,000.00

III.   TYPE OF CASE   (If the case fits more than one type of case,   select the most definitive category.) If the most descriptive label is a subcategory (is indented under a broader category), place an x on both the main category and subcategory lines.

- 1 -

*** FILED: BROWARD COUNTY, FL  BRENDA D. FORMAN,  CLERK 01/22/2021 09:22:29 AM.****

- 2 -

**CIRCUIT CIVIL**

☐ Condominium
☐ Contracts and indebtedness
☐ Eminent domain
☐ Auto negligence
☒ Negligence—other
    ☐ Business governance
    ☐ Business torts
    ☐ Environmental/Toxic tort
    ☐ Third party indemnification
    ☐ Construction defect
    ☐ Mass tort
    ☐ Negligent security
    ☐ Nursing home negligence
    ☒ Premises liability—commercial
    ☐ Premises liability—residential
☐ Products liability
☐ Real Property/Mortgage foreclosure
    ☐ Commercial foreclosure
    ☐ Homestead residential foreclosure
    ☐ Non-homestead residential foreclosure
    ☐ Other real property actions

☐ Professional malpractice
    ☐ Malpractice—business
    ☐ Malpractice—medical
    ☐ Malpractice—other professional
☐ Other
    ☐ Antitrust/Trade regulation
    ☐ Business transactions
    ☐ Constitutional challenge—statute or ordinance
    ☐ Constitutional challenge—proposed amendment
    ☐ Corporate trusts
    ☐ Discrimination—employment or other
    ☐ Insurance claims
    ☐ Intellectual property
    ☐ Libel/Slander
    ☐ Shareholder derivative action
    ☐ Securities litigation
    ☐ Trade secrets
    ☐ Trust litigation

**COUNTY CIVIL**

☐ Small Claims up to $8,000
☐ Civil
☐ Real property/Mortgage foreclosure

- 2 -

☐ Replevins
☐ Evictions
    ☐ Residential Evictions
    ☐ Non-residential Evictions
☐ Other civil (non-monetary)

## COMPLEX BUSINESS COURT

This action is appropriate for assignment to Complex Business Court as delineated and mandated by the Administrative Order. Yes ☐ No ☒

**IV. REMEDIES SOUGHT** (check all that apply):
☒ Monetary;
☐ Nonmonetary declaratory or injunctive relief;
☐ Punitive

**V. NUMBER OF CAUSES OF ACTION:** [ ]
(Specify)

   1

**VI. IS THIS CASE A CLASS ACTION LAWSUIT?**
☐ yes
☒ no

**VII. HAS NOTICE OF ANY KNOWN RELATED CASE BEEN FILED?**
☒ no
☐ yes If "yes," list all related cases by name, case number, and court.

**VIII. IS JURY TRIAL DEMANDED IN COMPLAINT?**
☒ yes
☐ no

I CERTIFY that the information I have provided in this cover sheet is accurate to the best of my knowledge and belief, and that I have read and will comply with the requirements of Florida Rule of Judicial Administration 2.425.

Signature: s/ Michael Cecere          Fla. Bar # 232970
             Attorney or party             (Bar # if attorney)

Michael Cecere             01/22/2021
(type or print name)             Date